

FILED

05/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0163

## IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0163

_____

IN RE THE RULES OF CONTINUING LEGAL
EDUCATION

FILED

MAY 2 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

_____

Following a publication of proposed revisions to the Rules of Continuing Legal Education, a comment period, and a public meeting on March 8, 2022, the Court approved one revision to Rule 5(B) for a fee increase, to take effect April 1, 2023. After discussion of the other proposed revisions, the Court tabled them pending further review by the Commission for Continuing Legal Education and discussion with the State Bar of Montana. Upon further consideration, the Court has determined to designate a working group to discuss the proposals and make recommendations to the Commission for a revised proposal.

IT IS THEREFORE ORDERED that the following individuals are appointed to serve on an ad hoc committee of this Court to review the Rules of Continuing Legal Education and make recommendations to the Commission for Continuing Legal Education for revision or repeal of any existing rules or enactment of any new rules:

K. Paul Stahl, CLE Commission Chair

Mary Sheehy Moe, CLE Commission Member

Pamela D. Bucy, Chief Disciplinary Counsel

Hon. Leslie Halligan, Fourth Judicial District Judge

Colin M. Stephens, Attorney

Aislinn Brown, Attorney and State Bar Trustee

Justice Beth Baker will serve as the Court's liaison to and chair of the committee. The committee shall complete its work on or before October 1, 2022.

The Clerk is directed to give notice of this Order to all members of the ad hoc committee, to members of the Commission on Continuing Legal Education, and to the State Bar of Montana.

Dated this 23rd day of May, 2022.

For the Court,

By _____
Chief Justice